COURT
OF APPEALS
SECOND
DISTRICT OF TEXAS
FORT WORTH
NO. 2-03-170-CV
 
IN RE LUIS ARROYO,
JR.                                                                    
RELATOR
 
------------
ORIGINAL PROCEEDING
------------
MEMORANDUM OPINION
(1)
------------
       
The court has considered relator's petition for writ of mandamus.  Because
relator is represented by post-conviction counsel in the trial court, this court
is of the opinion that relief should be denied.  See Rudd v. State,
616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981); Webb v. State,
533 S.W.2d 780, 784 & n.2 (Tex. Crim. App. 1976).  Accordingly,
relator's petition for writ of mandamus is denied.

   
                                                        PER
CURIAM
 
PANEL B: DAY, LIVINGSTON, and WALKER, JJ.
DELIVERED: June 18, 2003

1. See Tex. R. App. P. 47.4.